UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
Dorian Cheeks,

                Plaintiff,

        - against -

Freeport Pancake House, Inc., and
W.P.S. Industries, Inc.

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 2:12-CV-04199 (JS) (ARL)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action, through undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the Complaint and all claims alleged therein be dismissed with prejudice, with each party to bear its own fees and costs, and further that Plaintiff is barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other state, or local law for the period set forth in the Complaint.

_Dec 26_ , 2013

LAW OFFICE OF ABDUL K. HASSAN
*Attorneys for Plaintiff*

By: _Abdul Hasan_
    Abdul K. Hassan
    15-28 Hillside Avenue
    Queens Village, New York  11427
    (718) 740-1000
    abdul@abdulhassan.com

_Dec. 27_ , 2013

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
    Angel R. Sevilla, Esq.
    135 Crossways Park Drive, Suite 201
    Woodbury, New York 11797
    (516) 681-1100
    asevilla@kdvlaw.com

**So Ordered:**

_____
U.S.D.J.

4818-3336-7062, v. 1

2