UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Dorian Cheeks,

                 Plaintiff,

                - against -

Freeport Pancake House, Inc., and
W.P.S. Industries, Inc.,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No. 12-CV-2199 (JS)

**STIPULATION OF
DISCONTINUANCE
WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties, and whereas, no party hereto is an incompetent, this action is hereby discontinued without prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41 (a)(1)(A).

**IT IS FURTHER STIPULATED AND AGREED**, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
       May 31, 2016

ABDUL HASSAN LAW GROUP, PLLC
*Attorneys for Plaintiff*

By: _____
    Abdul K. Hassan, Esq. (AH6510)
    215-28 Hillside Avenue
    Queens Village, New York 11427
    Tel: (718) 740-1000
    Fax: (718) 740-2000
    Email: abdul@abdulhassan.com

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
    Keith Gutstein, Esq.
    135 Crossways Park Drive, Suite 201
    Woodbury, New York 11797
    Tel: (516) 681-1100
    Fax: (516) 681-1101
    Email: kguststein@kdvlaw.com

**So Ordered:**

_____
U.S.D.J.

4829-7616-2354, v. 1