UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
Dorian Cheeks,

        Plaintiff,

- against -

Freeport Pancake House, Inc., and
W.P.S. Industries, Inc.,

        Defendants.
----------------------------------------x

12 CV 4199 (JS)

Civil Action No. ~~12CV-2199(JS)~~
ORDER

**STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties in this action, that this action having been resolved by the parties, and whereas, no party hereto is an incompetent, this action is hereby discontinued without prejudice pursuant to Federal Rules of Civil Procedure ("FRCP") including to FRCP 41 (a)(1)(A).

    IT IS FURTHER STIPULATED AND AGREED, that PDF and facsimile copies of this Stipulation shall have the same force and effect as the original.

Dated: Queens Village, New York
       May 31, 2016

ABDUL HASSAN LAW GROUP, PLLC
*Attorneys for Plaintiff*

By: /s/ Abdul Hassan
Abdul K. Hassan, Esq. (AH6510)
215-28 Hillside Avenue
Queens Village, New York 11427
Tel: (718) 740-1000
Fax: (718) 740-2000
Email: abdul@abdulhassan.com

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
Keith Gutstein, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Tel: (516) 681-1100
Fax: (516) 681-1101
Email: kgutstein@kdvlaw.com

So Ordered:
/s/ JOANNA SEYBERT
U.S.D.J.
Dated: April 5, 2017
4829-7616-2354, v. 1   Central Islip, NY

The Clerk of the Court is directed to mark the case CLOSED.